IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

RICHARD J. IVERSON, individually,

    Plaintiff,

v.

THE ANCHOR PACKING COMPANY; et al;

    Defendants.

CASE NO. 90 C 0844

## ORDER

Upon consideration of the Plaintiff's Motion for Leave to File First Amended Complaint pursuant to Federal Rules, it is hereby ordered:

1. Plaintiff is granted leave to file First Amended Complaint.

2. In addition to the defendants already named, plaintiff names the new defendants CBS Corporation, General Electric Company, Foster Wheeler Corporation, Foster Wheeler Energy Corp., Rapid American Corporation, Ingersoll-Rand Company, and Trane U.S., Inc.

3. Plaintiff is given leave to do service on the new defendants pursuant to Federal Rules of Civil Procedure Rule 4.

Date: 8/18/2008

Honorable Judge Giles

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)